Argued and submitted July 17, affirmed September 10, 1997

STATE OF OREGON,
*Respondent,*

*v.*

CARLOS WAYNE SMITH,
aka Ronald Haskins,
*Appellant.*

(9404-32725, 9405-33145; CA A87457 (Control), A87478)
(Cases Consolidated)

945 P2d 98

Daniel Cross argued the cause for appellant. On the brief was Gary Bertoni.

Rives Kistler, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *State v. Keerins*, 145 Or App 491, 932 P2d 65 (1996).